AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND

**SUMMONS IN A CIVIL CASE**

V.

PIONEER GLASS CORP.
  a/k/a Pioneer Glass Corporation
  a/k/a Pioneer Glass
THE NERI GLASS COMPANY T/A
  PIONEER GLASS CORP.
  a/k/a The Neri Glass Company, Inc.
PETER J. NERI
  a/k/a Peter Neri

CASE NUMBER   1:06CV00213

JUDGE: Royce C. Lamberth

DECK TYPE: Labor/ERISA (non-employme)

DATE STAMP: 02/6/2006

TO: (Name and address of Defendant)

THE NERI GLASS COMPANY T/A
PIONEER GLASS CORP.
a/k/a The Neri Glass Company, Inc.
23 Park Avenue
Somerville, NJ  08876

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SANFORD G. ROSENTHAL, ESQUIRE
JENNINGS SIGMOND, PC
THE PENN MUTUAL TOWERS, 16TH FLOOR
510 WALNUT STREET
PHILADELPHIA, PA  19106

an answer to the complaint which is served on you with this summons, within  twenty (20)  days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
CLERK

FEB - 6 2006
DATE

_Maureen Higgins_
(By) DEPUTY CLERK

# RETURN OF SERVICE

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND

Civil No.: 1:06CV00213

vs

PIONEER GLASS CORP., ET AL.

SERVICE OF PROCESS ON: The Neri Glass Company t/a Pioneer Glass Corp., a/k/a The Neri Glass Company, Inc.

I Shawn F. Schaffer, undersigned, being duly sworn, deposes and says that he was at the time of service, over the age of twenty-one, and not a party to this action:

Date of Service:    3/01/06 @ 4:15 PM
Place of Service:   23 Park Ave., Somerville, NJ 08876
Documents Served: Summons and Complaint

A true and correct copy of the aforesaid papers were served on the above named party or witness in the following manner:

___By personally delivering them into the hands of the person being served
___By leaving a copy at his/her usual place of abode with some person of suitable age and discretion then residing therein, to wit:
_X__ By delivering to an officer or person-in-charge or managing agent whose name and title is:
       **Peter Neri, Owner**
___Other_____

Description of Person Receiving Documents: Male/~~Female~~   Skin Color _white_
                                            Hair Color _Black_    Age _43_ Hgt _58_ Wgt _170_

Undersigned declares under penalty of perjury that the foregoing is true and correct

_____        _3/1/06_
Signature of Server                Date


Shanna M. Cramer, Esq.       ID # 91951
510 Walnut Street, 16TH Fl.
Philadelphia, PA 19106       215-351-0658