AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND

**SUMMONS IN A CIVIL CASE**

V.

PIONEER GLASS CORP.
  a/k/a Pioneer Glass Corporation
  a/k/a Pioneer Glass
THE NERI GLASS COMPANY T/A
  PIONEER GLASS CORP.
  a/k/a The Neri Glass Company, Inc.
PETER J. NERI
  a/k/a Peter Neri

CASE NUMBER   1:06CV00213
JUDGE: Royce C. Lamberth
DECK TYPE: Labor/ERISA (non-employme)
DATE STAMP: 02/6/2006

**TO:** (Name and address of Defendant)

PETER J. NERI
a/k/a Peter Neri
23 Park Avenue
Somerville, NJ  08876

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SANFORD G. ROSENTHAL, ESQUIRE
JENNINGS SIGMOND, PC
THE PENN MUTUAL TOWERS, 16TH FLOOR
510 WALNUT STREET
PHILADELPHIA, PA  19106

an answer to the complaint which is served on you with this summons, within  **twenty (20)**  days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    FEB - 6 2006
CLERK                                           DATE

/s/ Maureen Higgins
(By) DEPUTY CLERK

# RETURN OF SERVICE

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND

Civil No.: 1:06CV00213

vs

PIONEER GLASS CORP., ET AL.

SERVICE OF PROCESS ON: Peter J. Neri, a/k/a Peter Neri

I Shawn F. Schaffer, undersigned, being duly sworn, deposes and says that he was at the time of service, over the age of twenty-one, and not a party to this action:

Date of Service:    3/01/06 @ 4:15 PM
Place of Service:    23 Park Ave., Somerville, NJ 08876
Documents Served: Summons and Complaint

A true and correct copy of the aforesaid papers were served on the above named party or witness in the following manner:

_X_ By personally delivering them into the hands of the person being served
___ By leaving a copy at his/her usual place of abode with some person of suitable age and discretion then residing therein, to wit:
___ By delivering to an officer or person-in-charge or managing agent whose name and title is:

___ Other_____

Description of Person Receiving Documents: Male/Female   Skin Color _white_
                                             Hair Color _Black_   Age _45_ Hgt _58_ Wgt _170_

Undersigned declares under penalty of perjury that the foregoing is true and correct

_____        3/1/06
Signature of Server              Date


Shanna M. Cramer, Esq.        ID # 91951
510 Walnut Street, 16TH Fl.
Philadelphia, PA 19106        215-351-0658