# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) |
| Plaintiff, | ) CIVIL ACTION NO. 06-213(RCL) |
| v. | ) ) |
| PIONEER GLASS CORP., *et al.* | ) ) |
| Defendants. | ) |

## REQUEST TO CLERK TO ENTER DEFAULT
## PURSUANT TO FED. R. CIV. PRO. 55(a)

You will please enter a default on Defendants, Pioneer Glass Corp. a/k/a Pioneer Glass

Corporation a/k/a Pioneer Glass, The Neri Glass Company t/a Pioneer Glass Corp. a/k/a The

Neri Glass Company, Inc. and Peter J. Neri a/k/a Peter Neri, for failure to plead or otherwise

defend in accordance with the Federal Rules of Civil Procedure and as provided in Rule 55(a) of

the Federal Rules of Civil Procedure as appears in the attached Affidavit of Sanford G. Rosenthal.

Respectfully submitted,

JENNINGS SIGMOND, P.C.

BY:/s/ Sanford G. Rosenthal
SANFORD G. ROSENTHAL, ESQUIRE
(I.D. NO. 478737)
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683
(215) 351-0611
Date: May 1, 2006          Attorney for Plaintiff

167662-1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED<br>TRADES INDUSTRY PENSION FUND | )<br>)<br>) |
| Plaintiff, | ) CIVIL ACTION NO. 06-213(RCL) |
| v. | )<br>) |
| PIONEER GLASS CORP., *et al.* | )<br>) |
| Defendants. | ) |

**AFFIDAVIT OF SANFORD G. ROSENTHAL, ESQUIRE**
**FOR ENTRY OF DEFAULT**

Sanford G. Rosenthal, Esquire, having been first duly sworn according to law, hereby

deposes and states as follows:

1.      I am the attorney for the Plaintiff in the above-entitled action.

2.      The Complaint and Summons in this action were served on Defendants, Pioneer

Glass Corp. a/k/a Pioneer Glass Corporation a/k/a Pioneer Glass, The Neri Glass Company t/a

Pioneer Glass Corp. a/k/a The Neri Glass Company, Inc. and Peter J. Neri a/k/a Peter Neri, by

Shawn Schaffer, Process Server, at 23 Park Avenue, Somerville, NJ  08876, by serving Peter J.

Neri a/k/a Peter Neri, Owner, on March 1, 2006.  The Return of Service has been duly docketed

with the Court.  The time in which the Defendant may answer or otherwise move as to the

Complaint has expired.

3.      Defendants have not filed a proper Answer with this Court or otherwise moved

and the time for Defendants to answer or otherwise move has not been extended by Order of the

Court.

4.      Defendants are neither infants nor incompetent persons.

167662-1

5.      Inasmuch as Defendants are individuals, they are not in the military service.

6.      The Clerk is requested to enter default against Defendants.


I declare under penalty of perjury in accordance with 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief.

Date:  May 1, 2006                    BY:/s/      Sanford G. Rosenthal
                                      SANFORD G. ROSENTHAL, ESQUIRE

## **CERTIFICATE OF SERVICE**

I, SANFORD G. ROSENTHAL, ESQUIRE, state, under penalty of perjury, that the

foregoing Request to Clerk to Enter Default Pursuant to Fed. R. Civ. Pro. 55(a) was served by

mailing same first class mail, postage prepaid, on the date listed below to:

PIONEER GLASS CORP.
THE NERI GLASS COMPANY T/A
PIONEER GLASS CORP.
PETER J. NERI a/k/a Peter Neri
23 Park Avenue
Somerville, NJ  08876


Date: <u>May 1, 2006</u>                    BY:<u>/s/      Sanford G. Rosenthal            </u>
                                                     SANFORD G. ROSENTHAL, ESQUIRE

167662-1