Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

INTERNATIONAL PAITNERS AND ALLIED
TRADES INDUSTRY PENSION FUND

Plaintiff(s)

Civil Action No. 06-213 (RCL)

V.

PIONER GLASS CORP., et al.

Defendant(s)

RE: PETER J. NERI
a/k/a PETER NERI

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on March 1, 2006, and an affidavit on behalf of the plaintiff having been filed, it is this 2nd day of May, 2006 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
Deputy Clerk