UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 06-00213 (RCL)<br>) |
| PIONEER GLASS CORPORATION, et al., | )<br>)<br>) |
| Defendants. | ) |

## ORDER

Since default has been entered by the Clerk , plaintiff shall, within 10 days of this date of this order, file a motion for entry of judgment thereon, or show cause why a motion for default judgment has not been filed, or the complaint will be dismissed without prejudice pursuant to Local Civil Rule 83.23.

SO ORDERED.

**SIGNED BY ROYCE C. LAMBERTH, U.S. DISTRICT JUDGE ON MAY 31, 2006**