IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND )<br><br>Plaintiff, )<br>v. )<br>PIONEER GLASS CORP., *et al.* )<br>Defendants. ) | CIVIL ACTION NO. 06-213(RCL) |

## MOTION FOR ENTRY OF JUDGMENT BY DEFAULT

Plaintiff, International Painters and Allied Trades Industry Pension Fund, respectfully moves this Court for entry of judgment by default against Defendants, Pioneer Glass Company a/k/a Pioneer Glass Corporation a/k/a Pioneer Glass ("Pioneer"), The Neri Glass Company t/a The Pioneer Glass Company ("Neri Glass") and Peter J. Neri. a/k/a Peter Neri ("Individual Defendant" and together with Pioneer and Neri Glass, "Defendants"), in the amount of $56,031.10. On May 1, 2006, Plaintiff filed with the Clerk of the Court a Request to Enter Default against Defendants pursuant to Federal Rule of Civil Procedure 55(a). Default was subsequently entered on May 2, 2006.

167660.1

Accompanying this motion are a supporting memorandum of points and authorities, the Declaration of Thomas C. Montemore (attached as Exhibit 1), the Declaration of Sanford G. Rosenthal (attached as Exhibit 2), and a proposed default judgment.

    Respectfully submitted,

    JENNINGS SIGMOND, P.C.

    BY: /s/ Sanford G. Rosenthal
    SANFORD G. ROSENTHAL, ESQUIRE
    (I.D. NO. 478737)
    The Penn Mutual Towers, 16th Floor
    510 Walnut Street, Independence Square
    Philadelphia, PA 19106-3683
    (215) 351-0611

Date: June 2, 2006    Attorneys for Plaintiff