**CERTIFICATE OF SERVICE**

I hereby certify this 2nd of June, 2006, that I caused to be served a copy of the foregoing Motion for Entry of Judgment by Default, Memorandum of Points and Authorities in Support thereof, Declaration of Thomas C. Montemore, Declaration of Sanford G. Rosenthal and proposed Default Judgment by sending a copy of same via U.S. Mail, postage-prepaid to:

Pioneer Glass Company
The Neri Glass Company t/a The Pioneer Glass Company
Peter J. Neri. a/k/a Peter Neri
23 Park Avenue
Somerville, NJ 08876

DATE: June 2, 2006         /s/ Sanford G. Rosenthal
                            SANFORD G. ROSENTHAL, ESQUIRE

167660-1