IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 06-213(RCL) |
| v. | ) ) | |
| PIONEER GLASS CORP., *et al.* | ) ) | |
| Defendants. | ) | |

**JENNINGS SIGMOND ATTORNEYS' FEES –May 2006**

Sanford G. Rosenthal, Esquire ("SGR")
Shanna M. Cramer, Esquire ("SMC")
Cathy T. Morton, Paralegal ("CTM")

| <u>Date</u> | <u>Attorney</u> | <u>Task</u> | <u>Time</u> |
|---|---|---|---|
| 05/01/06 | SMC | Preparation of Default Motion<br>Preparation of Request for Entry of Default | 3.00 |
| 05/05/06 | SMC | Review of Correspondence from P. Gilbert<br>Review of Correspondence from T. Montemore<br>Preparation of Letter to P. Gilbert<br>Review and Revision of Default Motion | 3.00 |
| 05/08/06 | SMC | Phone Conference with Howard Lesnick, Esquire<br>Review of Documents | 0.20 |
| 05/09/06 | SMC | Phone Conference with Howard Lesnick, Esquire<br>Preparation of Correspondence to T. Montemore<br>Preparation of Correspondence to P. Gilbert | 0.30 |
| 05/30/06 | SMC | Review and Revision of Default Motion | 4.00 |
| 05/31/06 | SMC | Review and Revision of Default Motion<br>Preparation of Declarations<br>Preparation of Exhibits<br>Preparation of Correspondence to T. Montemore | <u>2.00</u> |
| | | **TOTAL** | **12.50** |

167660-1



**May Summary**
SMC   12.50 Hrs x $200.00   =   $2,500.00

Fees incurred  01/06-04/06   =   $1,454.00
Costs incurred 01/06-04/06   =   $ 462.25

        **Grand Total:**   **$4,416.25**

Report ID:  OT2025 - 5244                                                                                                                  Printed By   SLG
Friday, May 26, 2006                                                                                                                        Page       1

# Jennings Sigmond, P.C.
# Time And Expense Details

Beginning To End

| Client | Client Reporting Name | Matter | Matter Reporting Name | Billing Timekeeper |
|---|---|---|---|---|
| PTINTF | IUPAT Industry Pension Fund | 27763 | Neri Glass Co. t/a Pioneer Gla | Sigmond, Richard B. |

**Billed Time**

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|
| 1/20/2006 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | Review of Documents |
| 1/20/2006 | SGR | 0.40 | 0.40 | 200.00 | $80.00 | | Review of Correspondence from Fund regarding New Delinquency Case |
| | | | | | | | Review of Documents |
| | | | | | | | Preparation of Intake Litigation Memo |
| 1/24/2006 | SMC | 0.40 | 0.40 | 200.00 | $80.00 | | Update Litigation Status Report |
| 1/25/2006 | SMC | 1.50 | 1.50 | 200.00 | $300.00 | | Preparation of Complaint |
| | | | | | | | Review of Documents |
| 1/30/2006 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | Review and Revision of Complaint |
| 1/30/2006 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | Update Litigation Tracking Report |
| 1/30/2006 | SGR | 0.20 | 0.20 | 200.00 | $40.00 | | Review of Complaint |
| 2/7/2006 | CTM | 0.10 | 0.10 | 70.00 | $7.00 | | Review of Electronic Court Documents regarding Summons and Complaint |
| 2/14/2006 | CTM | 0.10 | 0.10 | 70.00 | $7.00 | | Phone Conference with Errands regarding Service |
| 3/3/2006 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | Review of Correspondence from Legal Errands |
| 3/9/2006 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | Phone Conference with Attorney H. Lesik |
| 3/12/2006 | SMC | 0.30 | 0.30 | 200.00 | $60.00 | | Preparation of Letter to T. Montemore and P. Gilbert |
| | | | | | | | Review of Affidavit of Service |
| | | | | | | | Review of Correspondence from P. Gilbert |
| 3/21/2006 | SMC | 0.30 | 0.30 | 200.00 | $60.00 | | Phone Conference with Attorney H. Lesik |
| | | | | | | | Review of Documents |
| | | | | | | | Preparation of Entry of Default |
| 3/22/2006 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | Phone Conference with Attorney H. Lesnick (2x) |
| | | | | | | | Review of Documents |
| 4/19/2006 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | Preparation of Letter to P. Gilbert and T. Montemore |
| | | | | | | | Review of Correspondence from P. Gilbert |
| 4/20/2006 | SMC | 2.10 | 2.10 | 200.00 | $420.00 | | Preparation of Request for Default Motion |
| | | | | | | | Preparation of Default Motion |
| 4/28/2006 | SMC | 0.90 | 0.90 | 200.00 | $180.00 | | Preparation of Default Motion |

**Billed Time**

| Totals | 7.40 | 7.40 | | $1,454.00 | | |
|---|---|---|---|---|---|---|

**Billed Expenses**

| Date | Amount | Exp Code | Narrative |
|---|---|---|---|
| 2/2/2006 | $250.00 | 7100 | Filing Fee |
| 2/3/2006 | $23.17 | COPY | Photocopies |
| 2/13/2006 | $5.00 | PO | Postage Charges |
| 2/14/2006 | $14.08 | PO | Postage Charges |
| 3/16/2006 | $170.00 | 7100 | Service Fee |

Report ID: OT2025 - 5244  
Friday, May 26, 2006

**Jennings Sigmond, P.C.**  
**Time And Expense Details**

Beginning To End

Printed By  SLG  
Page  2

**Billed Expenses**

Totals  $462.25

| | Hours Worked | Hours To Bill | Fee Amount | Expense Amount | Total Amount |
|---|---|---|---|---|---|
| Report Totals | 7.40 | 7.40 | $1,454.00 | $462.25 | $1,916.25 |

*** End Of Report ***