IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND )<br><br>Plaintiff, )<br>v. )<br>PIONEER GLASS CORP., *et al.* )<br>Defendants. ) | CIVIL ACTION NO. 06-213(RCL) |

STIPULATION FOR ENTRY OF
CONSENT ORDER AND AMENDED JUDGMENT

It is stipulated and agreed by the undersigned that the attached proposed Consent Order and Amended Judgment may be entered without further notice or hearing.

| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | PIONEER GLASS CORP., A/K/A PIONEER GLASS CORPORATION, A/K/A PIONEER GLASS, THE NERI GLASS COMPANY T/A THE PIONEER GLASS COMPANY, AND PETER J. NERI. A/K/A PETER NERI |
|---|---|
| BY: *[signature]*<br>SANFORD G. ROSENTHAL, ESQUIRE<br>The Penn Mutual Towers, 16th Floor<br>510 Walnut Street, Independence Square<br>Philadelphia, PA 19106-3683<br>(215) 351-0611 | BY: *[signature]*<br>JOHN B. FROHLING, ESQUIRE<br>Law Offices of Frohling & Hudak, LLC<br>17 Fulton Street<br>Newark, NJ 07102<br>(973) 622-2800 |

182116-3