UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PIONEER GLASS CORP., *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 06-213 (RCL) |

### ORDER

Upon consideration of the Joint Stipulation for Entry of Consent Order and Amended Judgment, it is hereby ORDERED that:

1. Judgment is entered in favor of the International Painters and Allied Trades Industry Pension Fund ("Pension Fund") and against defendants, Pioneer Glass Corp., a/k/a Pioneer Glass Corporation, a/k/a Pioneer Glass ("Pioneer"), the Neri Glass Company, t/a Pioneer Glass Corp., a/k/a The Neri Glass Company, Inc. ("Neri Company"), and Peter J. Neri, a/k/a Peter Neri ("Mr. Neri" and together with Pioneer and Neri Company, "Neri" or "Company") for unpaid contributions, liquidated damages, interest, late charges, audit costs, and attorneys' fees and costs pursuant to 29 U.S.C. §§ 1132(g)(2), 1145, and 26 U.S.C. § 6621 in the amount of $69,268.77 ("Judgment Amount") which includes:

    (a) Contributions:     $48,092.10

    (b) Liquidated Damages:     $9618.44

  (c) Interest:               $4670.31

  (d) Late Charges:             $219.59

  (e) Audit Costs:              $115.69

  (f) Attorneys' Fees and Costs through 4/24/07:  $6552.64

Interest shall accrue on the Judgment Amount at the rate of 8% per annum compounded daily from April 30, 2007, to the date of payment.

2. Neri, its owners, officers, agents, servants, attorneys, and all persons acting on its behalf or in conjunction with it shall be and hereby are restrained and enjoined from failing or refusing to file complete, proper and timely remittance reports with all required contributions due and owing to the Pension Fund for all periods for which Neri is obligated to do so in accordance with the current and any future collective bargaining agreements to which Neri is a party with any local union(s) affiliated with the International Painters and Allied Trades Industry.

3. The Pension Fund is entitled to reimbursement from Neri of all attorneys' fees and costs it incurs to enforce this Consent Order and Amended Judgment, and may apply to this Court or to the Court in which enforcement is sought for further reasonable attorneys' fees and costs in addition to those set out in ¶ 1(f), above. *See* 29 U.S.C. § 1132(g)(2); *Free v. Briody*, 793 F.2d 807 (7th Cir. 1986).

4. The Clerk of the Court may immediately certify this Consent Order and Amended Judgment for transfer upon the request of plaintiff and payment of any required fee.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, July 5, 2007.